# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

## CIVIL MINUTES

Case No 3:12CV004-M-A      Place Held:  OXFORD
Style:  OPULENT    V.   HOLLY SPRINGS
Date/Time Began 02/28/13 at 10:00 a.m.  Date/Time Ended:  02/28/13 at 2:45 p.m.

      Total Time      4 hr 45 min

PRESENT:  Honorable **S. ALLAN ALEXANDER, MAGISTRATE JUDGE**

   Deputy Clerk                           Court Reporter

Attorneys for Plaintiff(s)           Attorneys for Defendant(s):
  Ashley E. Johnson               David D. O'Donnell
  Hiram S. Sasser                 James Kizer Jones
  Michael Reed Martz            Sidney Ray Hill, III
  Prerak Shah

    PROCEEDINGS:   Final Pretrial Conference and Settlement Conference
Held     X     Not Held           Canceled          Reset

Docket Entry:
Conference held.   Case settled.

                                               DAVID CREWS, CLERK

                                             /s/ Willie Sue Miller
                                 By:
                                            Courtroom Clerk