IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**OPULENT LIFE CHURCH, ET AL.**                                        **PLAINTIFFS**

**V.**                             **CAUSE NUMBER: 3:12CV04 MPM-SAA**

**CITY OF HOLLY SPRINGS, MISSISSIPPI, ET AL.**             **DEFENDANTS**

### ORDER DISMISSING ACTION
### BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the actions remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 1st day of March, 2013.

                                                    **/s/ MICHAEL P. MILLS**
                                                    **CHIEF JUDGE**
                                                    **UNITED STATES DISTRICT COURT**
                                                    **NORTHERN DISTRICT OF MISSISSIPPI**